Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FREITAS,<br><br>    Plaintiff,<br><br>        v.<br><br>THE HARRAH AUTOMOBILE FOUNDATION D/B/A NATIONAL AUTOMOBILE MUSEUM,<br><br>    Defendant. | Case No.: 3:25-cv-00450-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS**<br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff MEGHAN FREITAS ("Plaintiff") and Defendant THE HARRAH AUTOMOBILE FOUNDATION D/B/A NATIONAL AUTOMOBILE MUSEUM ("Defendant") hereby stipulate and agree to a fourteen (14) day extension of time, up to and including October 14, 2025, for Plaintiff to file her response to Defendant's Partial Motion to Dismiss (ECF No. 7).

//

//

//

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS (FIRST REQUEST) - 1

This extension is requested as counsel for Plaintiff has a heavy calendar/deadline list. This request is not for the purpose of delay. Therefore, the parties respectfully request a fourteen (14) day extension of time, up to and including October 14, 2025, for Plaintiff to file her response to Defendant's Partial Motion to Dismiss.

| | |
|---|---|
| DATED this 29th day of September, 2025.<br>MARK MAUSERT LAW OFFICE | DATED this 29th day of September, 2025.<br>FREEMAN MATHIS & GARY LLP |
| By: /s/ Sean McDowell<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By: /s/ Alicia Hagerman<br>MICHAEL M. EDWARDS, ESQ.<br>ALICIA A. HAGERMAN, ESQ.<br>770 East Warm Springs Road, Suite 360<br>Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2025

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS (FIRST REQUEST) - 2