MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
**FREEMAN MATHIS & GARY, LLP**
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com
Alicia.Hagerman@fmglaw.com
*Attorneys for Defendant,*
*The Harrah Automobile Foundation*
*d/b/a National Automobile Museum*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN FREITAS,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARRAH AUTOMOBILE FOUNDATION d/b/a NATIONAL AUTOMOBILE MUSEUM,<br><br>Defendant. | Case No.: 3:25-cv-00450-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff MEGHAN FREITAS ("Plaintiff"), by and through her counsel, Mark Mausert, Esq., and Defendant THE HARRAH AUTOMOBILE FOUNDATION ("Defendant"), by and through its counsel, Michael M. Edwards, Esq., of the law firm of Freeman Mathis & Gary, LLP, do hereby stipulate and agree that all claims that were asserted in this action by Plaintiff, and each

/ / /

/ / /

/ / /

and every cause of action alleged in this action, shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs incurred herein.

**IT IS SO STIPULATED.**

DATED this 21st day of January 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Michael M. Edwards*
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
*Attorney for Defendant,*
*The Harrah Automobile Foundation*
*d/b/a National Automobile Museum*

*/s/ Sean McDowell*
Mark Mausert, Esq.
Nevada Bar No. 2398
Sean McDowell, Esq.
Nevada Bar No. 15962
729 Evan Avenue
Reno, NV 89512
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this 22nd day of January, 2026.

UNITED STATES DISTRICT JUDGE